**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

**In re:**

**JOHNALEX J BURGOS HERNANDEZ**  Case No. 11-03669-SEK

Chapter 13  Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Substitute   A.Henriquez, Esq.

**Date & Time:** 7/7/2011  3:35:00PM

[X] R   [ ] NR   LV: 0

[X] This is debtor(s) 2 Bankruptcy filing.

**Creditors:**

None

## II. Oath Administered

[X] Yes   [ ] No

## III. Plan

Date: 04/29/2011   Base: $40,500.00   Payments 0 made out of   due.

Confirmation Hearing Date:   7/15/2011  9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $501.00  =  $2,499.00

## IV. Status of Meeting

[X] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**JOHNALEX J BURGOS HERNANDEZ**    Case No. **11-03669-SEK**

Chapter 13    Attorney Name: **MARILYN VALDES ORTEGA***

(Cont.)

**Trustee's Report on Confirmation**

[ ] **FAVORABLE**

[X] **UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote |    [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

**Plan is insufficiently funded to pay secured claim. Amount of insufficiency is $5.00.**

**s/Miriam Salwen**    Date: 07/07/2011

**Trustee/Presiding Officer**    (Rev. 02/11)